WILLIAM B. MILLISON, ET AL. v. E.I. DU PONT DE NEMOURS AND COMPANY, ET AL.

October 18, 1988.

Petition for certification granted. (See 226 *N.J.Super* 572)

HORIZON TRUST COMPANY v. BENJAMIN MCCLELLAN.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN PETER DELANEY.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF C.P.

October 18, 1988.

Petition for certification denied.